UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILLIAN LANKFORD,

    Plaintiff,　　　　　　　　　　　　　　No. 20-12656

v.　　　　　　　　　　　　　　　　　　　Hon. Nancy G. Edmunds

THE SALVATION ARMY,

    Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Jillian Lankford's complaint against Defendant, The Salvation Army, alleges sex (pregnancy) discrimination under Title VII, as amended by the Pregnancy Discrimination Act, and Michigan's Elliot-Larsen Civil Rights Act ("ELCRA"), as well as retaliation under the Family and Medical Leave Act.

Because the parties in this matter appear to be non-diverse, this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion.  See 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).  Thus, pursuant to § 1367(c), all of Plaintiff's state law claims, including her claim under ELCRA as alleged in Count III of her complaint, are hereby DISMISSED WITHOUT PREJUDICE.  The Court will retain jurisdiction over Plaintiff's federal claims only.

    SO ORDERED.

                          s/Nancy G. Edmunds
                          Nancy G. Edmunds
                          United States District Judge

Dated: October 22, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2020, by electronic and/or ordinary mail.

           s/Lisa Bartlett
           Case Manager